**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

```
IN RE:                           )
                                 )
  RICHARD T. HAYES               )
  SSN: XXX-XX-8710               )         CASE NO. 10-61994
                                 )            CHAPTER 7
                                 )         JUDGE J. E. HOFFMAN, JR.
         Debtor                  )
```

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND**
**UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $80.34 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and address(es) of the parties entitled to those unclaimed dividends are as follows:

| **Creditor Name** | **Claim No.** | **Amt. Of Dividend** |
|---|---|---|
| RBS Citizens<br>480 Jefferson Boulevard<br>RJE 135<br>Warwick, RI 02886 | 9 | 80.34 |

Total Unclaimed/Small                    Total Unclaimed
Dividends $25.00 or under                Dividends Over $25.00
                                              $ 80.34

Dated:  September 28, 2011         /s/D. William Davis
                                   D. William Davis,
                                   Atty. Reg. No. 0019639
                                   DAVIS LAW OFFICE
                                   407-A Howard Street
                                   Bridgeport, OH 43912
                                   Telephone:  (740) 635-1217
                                   Fax:  (740) 633-9843
                                   dwilliamdavis@comcast.net